**ORIGINAL**

FILED
08 FEB 13 PM 3: 40

1  AMAR L. THAKUR, CAL. BAR NO. 194025
   MAURICIO A. FLORES CAL. BAR NO. 93304
2  JON E. MAKI, CAL. BAR NO. 199958
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  A Limited Liability Partnership
   Including Professional Corporations
4  12275 El Camino Real, Suite 200
   San Diego, California 92130
5  Telephone:    858-720-8900
   Facsimile:    858-509-3691
6  Email: athakur@sheppardmullin.com
          mflores@sheppardmullin.com
7          jmaki@sheppardmullin.com

8  NATHANIEL BRUNO, Cal. Bar No. 228118
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
9  A Limited Liability Partnership
   Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111
11 Telephone:    415-434-2984
   Facsimile:    415-434-6095
12 Email: nbruno@sheppardmullin.com

13 Attorneys for Plaintiff,
   QUANTUM CORPORATION
14

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA            **PVT**

17
   QUANTUM CORPORATION, a Delaware          **CV** Case No. **08        0928**
18 corporation,

19                Plaintiff,

20        v.                                 QUANTUM CORPORATION'S
                                             CERTIFICATION OF INTERESTED
21 RIVERBED TECHNOLOGY, INC., a              ENTITIES OR PERSONS
   Delaware corporation,
22
23                Defendant.

24

25

26

27

28

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 13, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By

AMAR L. THAKUR
MAURICIO FLORES
JON E. MAKI
NATHANIEL BRUNO

Attorneys for
QUANTUM CORPORATION

W02-WEST:6NB1\400708768.1

-1-