1  AMAR L. THAKUR, CAL. BAR NO. 194025
   MAURICIO A. FLORES CAL. BAR NO. 93304
2  JON E. MAKI, CAL. BAR NO. 199958
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
3  A Limited Liability Partnership
   Including Professional Corporations
4  12275 El Camino Real, Suite 200
   San Diego, California  92130
5  Telephone:     858-720-8900
   Facsimile:     858-509-3691
6  Email: athakur@sheppardmullin.com
          mflores@sheppardmullin.com
7          jmaki@sheppardmullin.com

8  NATHANIEL BRUNO, Cal. Bar No. 228118
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
9  A Limited Liability Partnership
   Including Professional Corporations
10 Four Embarcadero Center, 17th Floor
   San Francisco, California  94111
11 Telephone:     415-434-2984
   Facsimile:     415-434-6095
12 Email: nbruno@sheppardmullin.com

13 Attorneys for Plaintiff
   QUANTUM CORPORATION

14                    UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17
   QUANTUM CORPORATION, a Delaware        Case No. 08-CV-0928-PVT
18 corporation,

19                   Plaintiff,            QUANTUM CORPORATION'S NOTICE OF
                                           DISMISSAL OF ACTION WITHOUT
20        v.                               PREJUDICE

21 RIVERBED TECHNOLOGY, INC., a
   Delaware Corporation,                   Honorable Patricia V. Trumbull
22
                     Defendant.            Complaint Filed:  February 13, 2008
23

24                                         [Fed. R. Civ. P. 41(a)(1)]

25

26

27

28
                                    1

1    TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR

2   ATTORNEYS OF RECORD:

3

4        PLEASE TAKE NOTICE that Plaintiff Quantum Corporation ("Quantum") hereby

    dismisses this action WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure

5   41(a)(1) and in accordance with the Order issued by the Honorable William H. Alsup as Docket

6   No. 92 in the case of *Riverbed Technology, Inc. v. Quantum Corporation*, Northern District of

7   California Case No. C-07-04161-WHA, and Quantum shall proceed with its claim for

8   infringement of U.S. Patent No. 5,990,810 in Case No. C-07-04161-WHA as provided in said

9   Order.

10

11  Dated:  March 10, 2008

12                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
                            By

13                          /s/ Nathaniel Bruno
                            _____
14                               AMAR L. THAKUR
                                 MAURICIO FLORES
15                               JON E. MAKI
                                 NATHANIEL BRUNO
16
                                 Attorneys for
17                               QUANTUM CORPORATION

18

19

20

21

22

23

24

25

26

27

28